COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-07-201-CV

IN RE RUSSELL JAY REGER RELATORS

AND RANDAL FRANKLIN CARAWAY

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relators’ petition for writ of mandamus and is of the opinion that relief should be denied.  Accordingly, relators’ petition for writ of mandamus is denied.

PER CURIAM

PANEL B:  GARDNER, DAUPHINOT, and WALKER, JJ.

DELIVERED:  June 19, 2007

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.